

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00515-CV

**IN RE GENERAL MOTORS, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed: September 25, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On August 1, 2013, relator General Motors, LLC filed a petition for writ of mandamus and emergency motion for temporary relief. On August 2, 2013, this court granted the requested temporary relief in part and requested a response to the petition. On September 10, 2013, relator filed a supplement to the motion for temporary relief withdrawing its request to abate this proceeding. The court has considered the petition for writ of mandamus and response filed on behalf of the real parties in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The partial stay previously ordered by this court is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 7478, styled *Martha Elvia Bolaños, Individually and on Behalf of the Estate of Elias Bolaños, Sr., Deceased; Edlin Bolaños; and Elias Bolaños, Jr. v. General Motors Company; General Motors, LLC; Basic Energy Services, Inc.; TMP Companies, Inc., d/b/a TMP Truck & Trailers, L.P.; and Esequiel Rodriguez,* pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.